1  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
   Gregory J. Dukellis, Bar No. 155898
2  gdukelli@wthf.com
   Jared M. Wayne, Bar No. 237602
3  jwayne@wthf.com
   2040 Main Street, Suite 300
4  Irvine, California  92614
   Tel.:  949-852-6700 - Fax:  949-261-0771
5
   Attorneys for Plaintiff                           J S - 6
6  KNAPHUS EXTERIOR PANEL COMPANY
   d.b.a. KEPCO
7

8             UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11 KNAPHUS EXTERIOR PANEL              Case No.   2:09-cv-2737 CJC (RNBx)
   COMPANY d.b.a. KEPCO, a Utah
12 corporation,                        [PROPOSED] ORDER GRANTING
                                       DISMISSAL
13         Plaintiff,

14         v.

15 ARCHITECTURAL GLASS AND
   ALUMINUM CO., INC., a California
16 corporation,                        **Complaint Filed: 4/20/2009**

17         Defendant.

18

19                        **ORDER**

20      Having considered Plaintiff, Knaphus Exterior Panel Co. d.b.a. KEPCO, and

21 Defendant, Architectural Glass and Aluminum Co., Inc.'s Stipulation for Dismissal,

22 and finding good cause therefor,

23      IT IS HEREBY ORDERED that the above-captioned action be and is hereby

24 dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

25

26 DATED: 12/16/09
                                       _____
27                                     United States District Judge

                                    - 1 -
28 **[PROPOSED] ORDER GRANTING DISMISSAL**
   **CASE NO.** 2:09-cv-2737 CJC (RNBx)

WATT, TIEDER,
HOFFAR &
FITZGERALD,
L.L.P.
ATTORNEYS AT LAW
IRVINE